UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

Sentencing Minute Sheet for Magistrate John T. Maughmer

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: 08-00023-03-CR-W-DW |
| vs. | Date: 2/5/2010 |
| CHEMNUTRA, INC. | |

Appearances

| Plaintiff Counsel | Defendant Counsel |
|---|---|
| Gene Porter, Joe Marquez, AUSA | Robert Becerra, Retained |
| Time Commenced: 10:25 a.m. | Time Terminated: 11:19 a.m. |

1. The Court orally summarized the factual information contained in the presentence report to be relied on in determining sentence.

2. Defendant and defendant's counsel were afforded the opportunity to comment on the presentence report and to introduce testimony or other information relating to any factual inaccuracy therein.

3. Allocution granted.

4. Defendant corporation was afforded an opportunity to make a statement in mitigation of punishment.

PROBATION:
( x ) Defendant corporation is sentenced to a term of 3 years probation on Count(2) 1 & 14, terms to run concurrent.

SPECIAL CONDITIONS OF PROBATION: See J & C.

FINE: The Court imposes a fine of : $25,000.00

RESTITUTION: The Court finds restitution not applicable for the reasons stated on the record.

SPECIAL ASSESSMENT:
( x ) The Court imposes a mandatory special assessment of $250.00, due immediately.
( x ) Upon motion of the U.S. Government, the following counts are dismissed: Counts 2-13; 15-27.

Defendant advised of right to appeal.

                                                            /s/John T. Maughmer
                                                            JOHN T. MAUGHMER
ERO/CRD: J. Baldwin                           United States Magistrate Judge